**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02302-STV

BRIAN WATSON,

    *Plaintiff*,

v.

LAURA ELSADEN,

    *Defendant*.

---

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to D.C.COLO.MJ § V(5), the parties have conferred and agreed to the form of the proposed Stipulated Protective Order attached hereto as ***Exhibit A***, which is based on the model joint protective order attached to the Uniform Civil Practice Standards as Appendix A. Pursuant to D.C.COLO.MJ § V(5) and Fed. R. Civ. P. 26(c), the parties move for entry of that proposed Stipulated Protective Order.

This Court may enter a protective order for good cause. Fed. R. Civ. P. 26(c). Good cause for entry of a protective order includes protecting confidential information, such as personal, proprietary, or competitively-sensitive information. *Stroup v. United Airlines, Inc.*, No. 15-CV-01389-WYD-CBS, 2016 WL 7176717, at *3 (D. Colo. Sept. 16, 2016). By allaying parties' fears surrounding disclosure of confidential information, a protective order facilitates the flow of discovery. *Id*.

In this case, the parties anticipate producing confidential information, including private personal information, during the discovery process. Entry of the attached protective order will expedite disclosure of that information and reduce discovery disputes between the parties.

WHEREFORE, the parties request that the Court enter the proposed Stipulated Protective Order attached hereto as ***Exhibit A***.

DATED this 14th day of January, 2025.

Respectfully submitted

By: s/*Daniel Graham*
   T. Markus Funk, Bar No. 43500
   Daniel Graham, Bar No. 45185
   **Perkins Coie LLP**
   1900 Sixteenth Street, Suite 1400
   Denver, Colorado 80202-5255
   Telephone: +1.303.291.2300
   Facsimile: +1.303.291.2400
   MFunk@perkinscoie.com
   DGraham@perkinscoie.com

*Attorneys for Defendant Laura Elsaden*

By: s/*Nicole A. Westbrook*
   Nicole A. Westbrook, Bar No. 32310
   Alexandra Lisowski, Bar No. 57880
   **Jones & Keller, P.C.**
   1675 Broadway, 26th Floor
   Denver, Colorado 80202
   Telephone: +1.303.573.1600
   nwestbrook@joneskeller.com
   olisowski@joneskeller.com

*Attorneys for Plaintiff Brian Watson*

# CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Nicole Westbrook
    Ola Lisowski
    Jones & Keller
    1675 Broadway, 26th Floor
    Denver, Colorado 80202

    *Attorney for Plaintiff*

                                      *s/ Daniel Graham*
                                        Daniel Graham, Bar No. 45185
                                        PERKINS COIE LLP
                                        1900 Sixteenth Street, Suite 1400
                                        Denver, Colorado 80202-5255
                                        Telephone: +1.303.291.2300
                                        Facsimile: +1.303.291.2400
                                        DGraham@perkinscoie.com

170670216.1