IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 24-cv-02302-STV
Courtroom Deputy: Sonia Chaplin

Date: May 20, 2025
FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| BRIAN WATSON, | Nicole A. Westbrook |
| Plaintiff, | |
| v. | |
| LAURA ELSADEN, | Daniel Albert Nicholas Graham |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:       11:00 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding Defendant's Motion to Dismiss [ECF Doc. No 19, filed on 10/21/2024].

For the reasons stated on the record, it is:

**ORDERED:**     Defendant's Motion to Dismiss [ECF Doc. No 19] is **DENIED** without prejudice.

Defendant shall file a Motion for Summary Judgment on or before **June 20, 2025**.

HEARING CONCLUDED.

**Court in recess:       11:28 a.m.**
Total time in court:     00:28

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.