IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-02302-STV | Date: July 9, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| BRIAN WATSON, | Nicole A. Westbrook |
| Plaintiff, | |
| v. | |
| LAURA ELSADEN, | Daniel Albert Nicholas Graham |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**   10:32 a.m.
Court calls case.  Appearances of counsel.

This matter is before the Court regarding Plaintiff's Motion for Leave to Amend Complaint [ECF Doc. No 49, filed on 6/4/2025].

For the reasons stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Leave to Amend Complaint [ECF Doc. No 49] is **GRANTED**.

The Clerk of Court is directed to file the Amended Complaint [ECF Doc. No 49-1].

HEARING CONCLUDED.

**Court in recess:**   10:43 a.m.
Total time in court:   00:11

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.