IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02302-STV

BRIAN WATSON,

        Plaintiff,

v.

LAURA ELSADEN,

        Defendant.

## SEPARATE STATEMENT OF UNDISPUTED FACTS

| Defendant's Undisputed Material Facts and Supporting Evidence | Plaintiff's Response/Additional Facts and Supporting Evidence | Defendant's Reply and Supporting Evidence |
|---|---|---|
| 1. Mr. Watson is the founder and CEO of W.D.C Holdings, LLC d/b/a Northstar Commercial Partners ("Northstar"). Declaration of T. Markus Funk ("Funk Decl."), Defendant's Exhibit A ¶ 1. | | |
| 2. As described by Mr. Watson in a sworn statement, Mr. Watson "built Northstar into one of the largest commercial real estate, development, investment, and asset management companies in Colorado, with assets in 17 states throughout America." Funk Decl., Defendant's Exhibit A ¶ 2. | | |
| 3. On June 5, 2014, Northstar published a press release discussing an interview of Mr. Watson by Donald Trump Jr., noting that the | | |

1

| | | |
|---|---|---|
| interview was "to air on Fox Business Network and Bloomberg Television." Funk Decl., Defendant's Exhibit B. | | |
| 4. On May 19, 2016, Mr. Watson personally appeared on CNN Headline News as a guest commentator. Funk Decl., Defendant's Exhibit C. | | |
| 5. On December 3, 2016, Mr. Watson appeared on Fox News as a guest commentator. Funk Decl., Defendant's Exhibit D. | | |
| 6. Mr. Watson has referred to his company using the term "empire." Funk Decl., Defendant's Exhibit E at 8. | | |
| 7. In 2020, Northstar had "approximately $1.3 billion of assets across 17 states." Funk Decl., Defendant's Exhibit F ¶ 35. | | |
| 8. In a 2019 podcast introduction, Mr. Watson is introduced as "[f]ounder and CEO of Northstar Commercial Partners, long-time entrepreneur, author, and seasoned politician." Funk Decl., Defendant's Exhibit G. | | |
| 9. Mr. Watson's first book, *The 7 Rings*, describes taking on leadership roles in several public foundations and charities over three pages. Funk Decl., Defendant's Exhibit H at 162–164; Funk Decl., Defendant's Exhibit I 131:15–18. | | |
| 10. Mr. Watson served in a leadership role for the following three organizations, which he founded: The Brian Watson Foundation, the Opportunity Coalition, and | | |

| | | |
|---|---|---|
| the TV show *Mountains of Opportunity*. Funk Decl., Defendant's Exhibit H at 162-164; Funk Decl., Defendant's Exhibit I 131:15–18; 103:7–104:8. | | |
| 11. The University of Colorado Boulder currently maintains the "Brian Watson Foundation Scholarship," wherein "[e]ach year, two PLC students will be awarded $1000 from the Brian Watson Foundation and become Brian Watson Foundation PLC Scholars." Funk Decl., Defendant's Exhibit J. | | |
| 12. The Opportunity Coalition's YouTube channel features over 400 videos (most of which include Mr. Watson) and has 49,693 views across its videos. Funk Decl., Defendant's Exhibit K. | | |
| 13. On YouTube, there are *Mountains of Opportunity* videos presently accessible. Funk Decl., Defendant's Exhibit L. The description to one video reads, "'Mountains of Opportunity' is a positive show hosted by Opportunity Coalition Founder & CEO, Brian Watson . . . . 'Mountains of Opportunity' highlights real life stories of innovators, entrepreneurs, and job creators building a bright future throughout Colorado -- across all industries and sizes" and that it "airs on major news networks across the state, including Fox, CNN, CNBC, ESPN, and HLN." Funk Decl., Defendant's Exhibit L. | | |

| | | |
|---|---|---|
| 14. An article on *ColoradoPols* published on October 18, 2018 entitled "Brian Watson is S-H-A-D-Y" exists. Funk Decl., Defendant's Exhibit M. | | |
| 15. An article on *ColoradoPols* published on October 26, 2018 entitled "Brian Watson is Even Shadier than You Thought" exists. Funk Decl., Defendant's Exhibit N. | | |
| 16. In 2012, Mr. Watson ran in the election for the Colorado State House of Representatives, HD-3. Funk Decl., Defendant's Exhibits H at 111; I 11:14–19. | | |
| 17. Mr. Watson described his 2012 political race as "one of the top-contested races in the State of Colorado" and "one of the top fifty races in the country." Funk Decl., Defendant's Exhibit H at 112. | | |
| 18. In *The 7 Rings*, Mr. Watson wrote that during his 2012 campaign, his political "opposition found a strategy for attacking [his] character" and "launched a negative and untrue campaign against [him] by stating that [he] owed $269,000 in back taxes to the IRS." Funk Decl., Defendant's Exhibit H at 112–13.  Mr. Watson wrote that the opposition "flood[ed] people's mailboxes with negative ad after negative ad, all focusing on this false accusation." Funk Decl., Defendant's Exhibits H at 112–13; I 130:6–17. | | |

| | | |
|---|---|---|
| 19. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Funk Decl., Defendant's Exhibit I 130:9–10. | | |
| 20. In 2012, Mr. Watson ran for a Colorado House seat and in 2018 for the statewide office of Colorado Treasurer. Funk Decl., Defendant's Exhibit O. Mr. Watson prevailed in the contested Republican primary for Colorado Treasurer. *Id.* Mr. Watson ultimately lost the 2012 and 2018 elections he participated in. *Id.* In the 2018 election, Mr. Watson received over one million votes. Funk Decl., Defendant's Exhibits O; I 130:9–10. | | |
| 21. An October 25, 2017 article in *The Denver Post* begins "Colorado businessman Brian Watson this month threw his hat in the ring for state treasurer, shaking up a GOP field that already has five other candidates" and noted that "Watson brings fundraising clout to the race, reporting $21,550 in major donations in the six days since he official filed for office. That's more than four of his Republican opponents raised in the last three months." Funk Decl., Defendant's Exhibit P. The article also observed that Mr. Watson in six days was able to generate "more than four of his Republican donors | | |

| | | |
|---|---|---|
| raised in the last three months." Funk Decl., Defendant's Exhibit P. | | |
| 22. On March 14 and 25, 2019, Northstar issued public press releases featuring quotes from Mr. Watson, identifying him by name and title. Funk Decl., Defendant's Exhibits Q, R. | | |
| 23. In a June 6, 2019 article in the newspaper *The Villager* entitled "Mizel Institute annual dinner brings out Denver's A-list," a photo of Mr. Watson, his then-wife Tiffany Mai, and former Governor of Colorado and then-presidential candidate John Hickenlooper is featured with a caption identifying Mr. Watson by name. Funk Decl., Defendant's Exhibit S. | | |
| 24. Between January and March 2020, Mr. Watson featured as a guest on at least three podcasts and authored three articles in Forbes. Funk Decl., Defendant's Exhibits I 94:6–97:12, 120:25–121:15; G; T-V. | | |
| 25. In 2017, Mr. Watson published his first book, *The 7 Rings*, a self-described "inspiring field guide for making life balance a reality, from someone who has had their share of struggles and disappointments." Funk Decl., Defendant's Exhibits H; I 126:3–23. | | |
| 26. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | |

| | | |
|---|---|---|
| ███████ Funk Decl., Defendant's Exhibit I 49:8–50:15. | | |
| 27. *The 7 Rings* states that: "Within each of the '7 Rings,' Brian Watson offers fresh insight into the art of servant leadership and prioritizing one's life with numerous examples of people, both historical and contemporary, that have inspired him." Funk Decl., Defendant's Exhibits H; I 126:3–23. | | |
| 28. ███████ Funk Decl., Defendant's Exhibit I 49:3–49:5, 64:4–64:8. | | |
| 29. The back of *The 7 Rings* describes Mr. Watson as "[o]ne of America's most dynamic entrepreneurs" as well as "the founder and CEO of Northstar" and "the founder of the rapidly growing non-profit, the Opportunity Coalition." Funk Decl., Defendant's Exhibits H; I 126:3–23. | | |
| 30. Mr. Watson promoted *The 7 Rings* on his public Facebook account. Funk Decl., Defendant's Exhibit W. | | |
| 31. *The 7 Rings* remains available for purchase publicly on Amazon and | | |

| | | |
|---|---|---|
| Barnes & Noble. Funk Decl., Defendant's Exhibit X. | | |
| 32. On June 28, 2019, Mr. Watson published his second book, *Building: Lessons Learned in Life and Real Estate*. Funk Decl., Defendant's Exhibits E; I 50:4–54:6. | | |
| 33. Northstar issued a press release titled "20 Thoughts on 2020." Funk Decl., Defendant's Exhibit Y. Within that release, Mr. Watson wrote "I believe we all need to learn more, and I encourage you to read 5 books this year. If you would like one to start with, I am happy to give you a free copy of my latest book 'Building: Lessons Learned in Real Estate and Life' in audio (read by me) or hard copy." *Id.*; Funk Decl., Defendant's Exhibit I 123:14–126:2. | | |
| 34. On January 20, 2020, *Forbes* featured Mr. Watson's book on a "Top 20" list titled "20 Books to Inspire Your Happiest Life at Work." Funk Decl., Defendant's Exhibit I 140:14–141:14; Defendant's Exhibit Z. | | |
| 35. Mr. Watson publicly promoted *Building: Lessons Learned in Life and Real Estate*'s recognition by *Forbes*. Funk Decl., Defendant's Exhibit W. | | |
| 36. In a 2020 LinkedIn post, Mr. Watson discussed his launch of a ballot initiative, writing "soon [Mr. Watson] will be reaching out to Colorado voters to secure the | | |

| | | |
|---|---|---|
| 125,000 signatures needed" to put the initiative on a statewide ballot. Funk Decl., Defendant's Exhibit AA. | | |
| 37. On February 21, 2020, Mr. Watson actively weighed in on political/public issues in an article in *Forbes* titled "Industrial Is Making Retail Properties Increasingly Obsolete." Funk Decl., Defendant's Exhibit BB. | | |
| 38. A YouTube page entitled "Brian Watson" is up and running to the present day. That page includes a photo of Mr. Watson, the Opportunity Coalition, and Northstar in the banner image; and a link to the website "brianwatson.us" appears in the account's description. Funk Decl., Defendant's Exhibit CC. The YouTube account has 27 videos, featuring interviews and commentary involving Mr. Watson. *Id.* | | |
| 39. A Wikipedia page titled "Brian Watson" remains available, detailing Mr. Watson's "Life, "Political career," and "Business Career," and covering many of the articles referenced throughout this statement of facts. Funk Decl., Defendant's Exhibit DD. The last topic on his Wikipedia page is "FBI investigation and fraud lawsuit." *Id.* | | |
| 40. ███████████ ███████████ ███████████ ███████████ | | |

| | | |
|---|---|---|
| ███████████████ | | |
| 41. Mr. Watson admitted in his signed July 18, 2025, Declaration in another litigation, that the FBI's raid "set[] into motion a series of events that ultimately destroyed [Mr. Watson's] reputation throughout Colorado and the United States." Funk Decl., Defendant's Exhibit A ¶20. | | |
| 42. The initial raid was covered in at least five separate news articles. Funk Decl., Defendant's Exhibits EE, CCCCC, DDDD, EEEEE, FFFFF. | | |
| 43. As reported in news articles, the FBI's court-authorized search was premised on Mr. Watson allegedly being part of a "significant fraud and kickback" scheme against Amazon. Funk Decl., Defendant's Exhibit EE, FF. Specifically, the allegations included that Watson and his co-conspirators bribed certain | | |

| | | |
|---|---|---|
| Amazon employees for information concerning upcoming Amazon land purchases. Funk Decl., Defendant's Exhibit EE. | | |
| 44. In 2020, Amazon sued Mr. Watson in the Eastern District of Virginia. in the action captioned *Amazon.com, Inc. v. WDC Holdings, LLC et al.*, No. 1:20-cv-00484-RDA-IDD. Funk Decl., Defendant's Exhibit FF. | | |
| 45. While the Amazon lawsuit was ongoing, in 2022 the SEC sued Mr. Watson, alleging securities fraud in his operation of Northstar by misleading investors that he was personally investing in projects to bolster the project's credibility.  Funk Decl., Defendant's Exhibit GG. | | |
| 46. In March 2023, Mr. Watson obtained summary judgment against Amazon on all federal claims. Funk Decl., Defendant's Exhibit HH. One state law claim remained against Mr. Watson—the Fourth Circuit has since reversed this grant of summary judgment, a fact also covered in the media. *Id.* | | |
| 47. The Department of Justice vacated guilty pleas that had resulted from the allegations of a "kickback scheme." Funk Decl., Defendant's Exhibit II. Mr. Watson was never charged. *Id.* This development was covered by outlets including *The Washington Post*. *Id.* In | | |

| | | |
|---|---|---|
| 2024, Mr. Watson—through his attorneys—provided a statement to *The Washington Post* in which he called the Department of Justice's decision "courageous" and "honorable." *Id.* | | |
| 48. ██████████████████████████████████████████████████████████████████████████████████████████████ | | |
| 49. ████████████████████ Funk Decl., Defendant's Exhibit EE. | | |
| 50. On July 20, 2024, Mr. Watson wrote an email addressed broadly to C Lazy U members from his Northstar email address with | | |

| | | |
|---|---|---|
| the subject "A disturbing situation." Defendant's Exhibit SS; Funk Decl., Defendant's Exhibit I 79:3–18. Mr. Watson in his email discussed the FBI raid and the subsequent litigation. *Id.* He also comments that he had "heard that some members have taken it upon themselves to speak poorly of [Mr. Watson's] family and [Mr. Watson]." *Id.* Mr. Watson wrote that he "now plan[s] to go on offense to seek significant financial restitution against those who have wronged [Mr. Watson], and destroyed [Mr. Watson's] name, reputation . . . ." *Id.* | | |
| 51. The instant litigation was covered in *The Denver Post*. Funk Decl., Defendant's Exhibit JJ. | | |
| 52. On October 8, 2024, Jones & Keller put out a press release, which described Mr. Watson as a "prominent businessman" both (1) in the headline of the press release and (2) in the first sentence of the body. Funk Decl., Defendant's Exhibit KK. | | |
| 53. On September 30, 2024, the *Denver Business Journal* published a story with the headline "Watson sues former employee who emailed Bezos about payments," referring solely to him as "Watson" without including his first name. Funk Decl., Defendant's Exhibit LL. | | |
| 54. Mr. Watson filed two separate litigations within this District, one against former | | |

13

| | | |
|---|---|---|
| business partners (filed on October 15, 2024), and the other against Amazon (filed on December 23, 2024). Funk Decl., Defendant's Exhibits F, MM | | |
| 55. Mr. Watson's attorneys put out two separate press releases following the filing of his case against Amazon and his former business partners. Funk Decl., Defendant's Exhibits NN, OO. In the October 17, 2024 press release, Mr. Watson's attorneys stated that the "federal investigation, [] civil suit, an[d] FBI raid of Watson's Denver home" are the result of "a series of lies." Funk Decl., Defendant's Exhibit NN. | | |
| 56. Both lawsuits filed by Mr. Watson allege that Mr. Watson's "name" and "reputation" were "destroyed." Funk Decl., Defendant's Exhibits F ¶ 137; MM ¶ 138. | | |
| 57. Mr. Watson's filings in both cases assert that Mr. Watson's "demise was a top 3 business story in Denver in 2020, behind only the U.S. presidential election and the COVID-19 pandemic. Funk Decl., Defendant's Exhibits F ¶ 137; MM ¶ 138. | | |
| 58. ███████████████ | | |

| | | |
|---|---|---|
| Funk Decl., Defendant's Exhibit I 65:17–24. | | |
| 59. Exhibits QQ and RR accurately reflect quotations from the articles referenced therein; the articles listed are authentic; and the dates listed are accurate with bolding added to emphasize information.  Funk Decl., Defendant's Exhibits QQ, RR. | | |